JAMES K. O. SHERWOOD, Rec'r, etc., Appellant, v. DAVID VERPLANCK, Executor, etc., Respondent.

(Argued October 5, 1880 ; decided October 15, 1880.)

*James S. Stearns* for appellant.

*I. T. Williams* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.

———————

SAMUEL S. OLCOTT, Sheriff, etc., Respondent, v. EDWIN B. LOW, Appellant.

(Argued October 6, 1880 ; decided October 15, 1880.)

*M. D. Grover* for appellant.

*Matthew Hale* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.